# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00472-CV

**Howard Bart Freidman, Appellant**

**v.**

**Deborah Jenkins, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-002444, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Howard Bart Freidman's brief was originally due October 3, 2022. After resolving a jurisdictional question, this Court reset the brief due date to November 18, 2022.  This Court granted two extensions of time to file the brief in part because Freidman asserted he was seeking to obtain counsel, making the brief due on or before February 2, 2023. Freidman has filed a third motion for extension of time in which he asserts that he has obtained counsel who is becoming familiar with the record, a process hampered by the winter storm of early February 2023.  Appellee Deborah Jenkins opposes the extension, in part noting that Freidman did not identify his new counsel and no new counsel has appeared in this appeal.

We grant the motion and extend the deadline for filing Freidman's brief until March 3, 2023.  We caution Freidman and any counsel he may retain that no further extensions

will be granted and that failure to file the brief timely may result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. 42.3(b).

Ordered on February 9, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis